GEORGE H. FIELDS, Respondent, *v.* WESTERN MILLERS MUTUAL FIRE INSURANCE COMPANY, Appellant.

WESTERN MILLERS MUTUAL FIRE INSURANCE COMPANY, Appellant, *v.* GEORGE H. FIELDS, et al., Respondents.

Submitted May 24, 1943; decided June 10, 1943.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended to provide that the judgments are affirmed with one bill of costs. (See 290 N. Y. 209.)

AGATHA (Named Herein as Mrs. REGINALD) REICHMAN, Appellant, *v.* COMPAGNIE GENERALE TRANSATLANTIQUE, Respondent.

Submitted May 24, 1943; decided June 10, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 344.)